JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROSARIO DELGADO, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>OMNI HOTELS MANAGEMENT CORPORATION, et al.,<br><br>　　　　　　　　Defendants. | Case No. CV 22-4200-MWF(JCx)<br><br>**ORDER GRANTING STIPULATION TO SUBMIT PLAINTIFF'S CLAIMS TO INDIVIDUAL ARBITRATION AND TO CLOSE FILE** |

The Court, having reviewed the Parties' Stipulation to Submit Plaintiff's Claims to Individual Arbitration and to Close the File (Docket No. 29), and with good cause appearing, hereby GRANTS the Parties' Stipulation as follows:

　　1.　Plaintiff Maria Del Rosario Delgado shall submit her individual Labor Code claims alleged in the First Amended Complaint to individual arbitration; and

　　2.　The Court hereby administratively closes this case.

Dated:  November 4, 2022

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　United Stated District Judge